# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, for and on Behalf of Huwe, the House Mover, Inc., | )<br>)<br>) |
| Plaintiff, | ) **ORDER**<br>) |
| vs. | )<br>) |
| Yerba Buena Engineering & Construction, Inc., and Liberty Mutual Insurance Company, | )<br>)<br>) Case No. 4:14-cv-130 |
| Defendants. | )<br>) |

The court held a status conference with the parties by telephone on February 29, 2016. Pursuant to the parties' discussions, the court **ORDERS**: (1) the final pretrial conference set for May 24, 2016, shall be rescheduled for September 7, 2016, at 11:00 a.m. before the undersigned by telephone; and (2) the jury trial set for June 7, 2016, shall be rescheduled for September 20, 2016, before Judge Hovland in Bismarck (courtroom #1). A four (4) day trial is anticipated.

Dated this 29th day of February, 2016.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court