## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America for and on Behalf of Huwe, the House Mover, Inc., | ) ) ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Yerba Buena Engineering & Construction Inc., and Liberty Mutual Insurance Company, | ) ) ) | Case No. 4:14-cv-130 |
| | ) | |
| Defendants. | ) | |

Before the court is a request for telephonic mediation filed by defendants on March 3, 2016. (Docket No. 22). When all of the parties are ready to proceed with a mediation, they should so advise the undersigned, who will then schedule a mediation at a mutually convenient time prior to trial.

**IT IS SO ORDERED.**

Dated this 11th day of March, 2016.

_s/ Charles S. Miller, Jr._
Charles S. Miller, Jr., Magistrate Judge
United States District Court